UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOKESH MELWANI et al.,

                             Plaintiffs,

               -against-

HUNTER LIPTON et al.,

                             Defendants.

**ORDER**

17 Civ. 8308 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

         It is hereby ORDERED that Mitchell Nathanson's motion to withdraw as counsel for Plaintiffs (Dkt. No. 89) is GRANTED.

         It is further ORDERED that Plaintiff Lokesh Melwani has until **January 15, 2020** to arrange for substitute counsel. If no lawyer files a notice of appearance for Plaintiffs by January 15, 2020, this Court will dismiss the claims of Plaintiff Cantal Trade Ltd. and Plaintiff Melwani will proceed pro se.

Dated: New York, New York
          November 27, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge