UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOKESH MELWANI et al., <br><br> Plaintiffs, <br><br> -against- <br><br> HUNTER LIPTON et al., <br><br> Defendants. | **ORDER** <br><br> 17 Civ. 8308 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that that there shall be a conference in this matter on **February 20, 2020 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      January 31, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge