UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOKESH MELWANI et al.,

                      Plaintiffs,

        -against-

HUNTER LIPTON et al.,

                      Defendants.

**ORDER**

17 Civ. 8308 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference currently scheduled for May 21, 2020 is adjourned to **June 18, 2020 at 11:00 a.m.**

Dated:  New York, New York
         May 11, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge