UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOKESH MELWANI and CANTAL
TRADE LTD.,

                Plaintiffs,

        -against-

HUNTER LIPTON, EAGLE POINT
FINANCIAL LLC, and MDF HOLDINGS
LLC,

                Defendants.

**ORDER**

17 Civ. 8308 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference currently scheduled for August 20, 2020 is adjourned to **October 22, 2020 at 11:00 a.m.**

Dated: New York, New York
       August 12, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge