UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOKESH MELWANI and CANAL TRADE LTD,

                Plaintiffs,

  -v-

HUNTER LITPON, EAGLE POINT FINANCIAL LLC and MDF HOLDINGS LLC,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 8308 (PGG) (SLC)

**DISCOVERY ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Discovery Conference held today, January 13, 2021, the Court orders as follows:

1. The parties are to proceed with Plaintiffs' depositions currently scheduled for January 21 and 22, 2021.

2. The Court will not direct Defendants to conduct any further search for or production of documents concerning the purchase of Telecomica by MDF.

3. Defendants are directed to conduct a reasonable search for and produce documents concerning the nature of Assist 123 and Cell Assist 123, and their relationship to Eagle Point and/or MDF; alternatively, if no such documents exists, Defendants shall supplement the Declaration of Harvey Berg to describe those entities and their relationship to Eagle Point and/or MDF.

4. Defendants are directed to conduct a reasonable search for and production of email communications with or concerning Herb Feinberg.

5. Defendants are directed to produce the discovery produced in the adversary proceeding between MDF and Defendant Lipton pending in the Bankruptcy Court for the District of Nevada concerning the "loan" from MDF to Lipton.

6. Defendants are directed to reconfirm that they have searched for and produced bank statements, or comparable information, for Eagle Point for the months of June and July 2011.

7. The Court's ruling is without prejudice to Plaintiffs' ability to make post-deposition demands to Defendants concerning documents discussed during Defendants' depositions.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 120.

Dated:     New York, New York
           January 13, 2021

SO ORDERED

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge