UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOKESH MELWANI and CANTAL TRADE LTD., <br><br> Plaintiffs, <br><br> -v- <br><br> HUNTER LITPON, EAGLE POINT FINANCIAL LLC and MDF HOLDINGS LLC, <br><br> Defendants. | CIVIL ACTION NO.: 17 Civ. 8308 (PGG) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiffs' request to adjourn the Rule 30(b)(6) deposition of Plaintiff Cantal Trade Ltd. ("Cantal") to a date after the currently noticed date of Friday, March 26, 2021. (ECF No. 134). The Court has also reviewed Defendants' opposition at ECF No. 135.

Because discovery has been extended to May 13, 2021 (ECF No. 132), the request to adjourn the currently scheduled Rule 30(b)(6) deposition for a date after March 26, 2021 is GRANTED. This deposition, like Plaintiff Melwani's, shall occur before the close of discovery.

In addition, the parties are directed to meet and confer regarding the scope of the Rule 30(b)(6) deposition. If the parties cannot agree on the scope or language, they may submit their proposals to the Court by letter-motion.

The Clerk of Court is directed to close ECF No. 134.

Dated:   New York, New York
         March 24, 2021

SO ORDERED

_/s/ Sarah L. Cave_
SARAH L. CAVE
**United States Magistrate Judge**