UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOKESH MELWANI and CANAL TRADE LTD.,

Plaintiffs,

-v-

HUNTER LITPON, EAGLE POINT FINANCIAL LLC
and MDF HOLDINGS LLC,

Defendants.

CIVIL ACTION NO.: 17 Civ. 8308 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court are Plaintiffs' request for an order enforcing the January 13, 2021 Order, which directed Defendants to produce certain discovery, and for an extension of the discovery deadline (ECF No. 140), and Defendants' response to Plaintiffs' request (ECF No. 142). Pursuant to the discovery conference held today, the Court orders as follows:

1. Fact discovery is extended to **June 28, 2021**;

2. The parties shall meet and confer regarding Plaintiffs' request for Defendants' bank statements for the months June and July 2011, Defendants' redactions to previously-produced bank statements, and potential additional search terms concerning Herb Feinberg's role at MDF; and

3. Plaintiffs shall promptly serve any non-party subpoenas.

Dated:     New York, New York
           May 12, 2021

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**