UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOKESH MELWANI and CANTAL TRADE LTD.,

                Plaintiffs,

- against -

HUNTER LIPTON, EAGLE POINT FINANCIAL LLC, and MDF HOLDINGS LLC,

                Defendants.

**ORDER**

17 Civ. 8308 (PGG) (SLC)

PAUL G. GARDEPHE, U.S.D.J.:

The following schedule will apply to Defendant MDF Holdings LLC's motion for summary judgment:

1. Defendant's motion is due on **November 29, 2021**;

2. Plaintiffs' opposition is due on **December 29, 2021**; and

3. Defendant's reply, if any, is due on **January 10, 2022**.

Dated: New York, New York
       October 29, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge