UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOKESH MELWANI and CANTAL TRADE LTD.,

               Plaintiffs,

-against-

HUNTER LIPTON, EAGLE POINT FINANCIAL LLC, and MDF HOLDINGS LLC,

               Defendants.

ORDER

17 Civ. 8308 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The telephone conference currently scheduled on December 16, 2021 at 11:00 a.m. will now take place on December 16, 2021 at **11:30 a.m.**[1]

Dated: New York, New York
       December 14, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

---

[1] The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The Court is holding multiple telephone conferences on that date, and the parties should call in at the scheduled time and wait on the line for this case to be called. At that time, the Court will un-mute their lines. One day before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that they will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.