UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOKESH MELWANI and CANTAL TRADE LTD.,

                Plaintiffs,

-against-

HUNTER LIPTON, EAGLE POINT FINANCIAL LLC, and MDF HOLDINGS LLC,

                Defendants.

**ORDER**

17 Civ. 8308 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated at today's conference, Romano Law's motion to withdraw as Plaintiffs' counsel (Dkt. No. 152) is granted.

        As explained at today's conference, Plaintiff Cantal Trade Ltd. cannot appear in this lawsuit other than through counsel. Any motion to dismiss Cantal Trade Ltd.'s claims for failure to prosecute will be filed by **February 3, 2020**. Any opposition papers are due by **February 10, 2022**.

        The following schedule will apply to Defendants' motion for summary judgment:

1. Defendants' motion is due by **February 28, 2022**;
2. Plaintiffs' opposition is due by **March 28, 2022**; and
3. Defendants' reply, if any, is due by **April 4, 2022**.

Dated: New York, New York
       January 18, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge