UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOKESH MELWANI and CANAL TRADE LTD.,

                      Plaintiffs,

-v-

HUNTER LITPON, EAGLE POINT FINANCIAL LLC and MDF HOLDINGS LLC,

                      Defendants.

CIVIL ACTION NO.: 17 Civ. 8308 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 4, 2022, the Court issued its Report and Recommendation on Defendants Eagle Point Financial LLC and MDF Holdings LLC's motion for summary judgment. (ECF No. 173 (the "R&R")). The Court directed Defendants to promptly serve a copy of the R&R on Plaintiff Lokesh Melwani and to file proof of service on the docket. (Id. at 27). To date, however, Defendants have not filed proof of service. Accordingly, by **September 2, 2022,** Defendants shall file proof of service of the R&R on Melwani.

Dated:    New York, New York
             September 1, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**