UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOKESH MELWANI,

                      Plaintiff,

-v-                                          CIVIL ACTION NO.: 17 Civ. 8308 (PGG) (SLC)

HUNTER LIPTON and EAGLE POINT FINANCIAL LLC,         **ORDER**

                      Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

By **February 17, 2023**, Defendants shall file a letter reporting on the status of Hunter Lipton's bankruptcy proceedings.

Dated:       New York, New York
               February 15, 2023

                                                        SO ORDERED.

                                                          _____
                                                          **SARAH L. CAVE**
                                                          **United States Magistrate Judge**