UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOKESH MELWANI,

                Plaintiff,

-v-

HUNTER LIPTON and EAGLE POINT FINANCIAL LLC,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 8308 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the Honorable Paul G. Gardephe's Order at ECF No. 185, the Order at ECF No. 186 is VACATED.

Dated:     New York, New York
             February 16, 2023

                                            SO ORDERED.

                                            _/s/ Sarah L. Cave_
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**