UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOKESH MELWANI,

                Plaintiff,

-v-

EAGLE POINT FINANCIAL LLC,

                Defendant.

CIVIL ACTION NO.: 17 Civ. 8308 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 12, 2023, the Court granted the request of pro se Plaintiff Lokesh Melwani for an extension of time, until June 30, 2023, to depose Hunter Lipton (the "Deposition"), and directed the parties to file a joint letter (the "Letter") by July 7, 2023 confirming the completion of the Deposition and advising whether the parties wish for the Court to conduct a settlement conference. (ECF No. 196). The parties failed to file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **July 12, 2023**.

Dated:     New York, New York
            July 10, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**