UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOKESH MELWANI,

                    Plaintiff,

-v-

EAGLE POINT FINANCIAL LLC,

                    Defendant.

CIVIL ACTION NO.: 17 Civ. 8308 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 15, 2023, the Honorable Paul G. Gardephe permitted pro se Plaintiff Lokesh Melwani ("Mr. Melwani") and Defendant Eagle Point Financial LLC ("Eagle Point") to take discovery from non-party Hunter Lipton ("Mr. Lipton") "over the next 60 days[,]" and directed the parties to file a joint letter by April 21, 2023 "stating what discovery has revealed, and whether this case will proceed to trial." (ECF No. 185 at 2). On May 19, 2023, Eagle Point filed a letter stating that "Mr. Melwani has taken no discovery from Mr. Lipton[.]" (ECF No. 191). On June 12, 2023, at Mr. Melwani's request, the Court extended until June 30, 2023 Mr. Melwani's deadline to take Mr. Lipton's deposition, and directed the parties to file a joint letter confirming the completion of the deposition and advising whether the parties wish for the Court to conduct a settlement conference. (ECF No. 196). On July 12, 2023, Eagle Point filed a letter indicating that Mr. Melwani "decided to not go ahead with the deposition of Mr. Lipton[.]" (ECF No. 198 (the "Letter")).

Accordingly, the Court deems discovery to be complete, and refers the parties to Judge Gardephe's Individual Rules regarding pretrial procedures and, in particular, those applicable to pro se cases.

In the Letter, Mr. Melwani requests a settlement conference with the Court, but Eagle Point does not state its position.  (ECF No. 198 at 1).  Accordingly, by **July 14, 2023**, Eagle Point shall file a letter stating whether it wishes to participate in a settlement conference.

Dated:     New York, New York
           July 13, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**