**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LOKESH MELWANI,

                Plaintiff,

   -against-                                   17 **CIVIL** 8308 (PGG)(SLC)

                                                      **JUDGMENT**

EAGLE POINT FINANCIAL LLC,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 15, 2024, Plaintiff Melwani's remaining claim against Eagle Point is dismissed for failure to prosecute. Judgment is entered for Defendant Eagle Point; accordingly, the case is closed.

**Dated:** New York, New York

       February 15, 2024

                                                                 **RUBY J. KRAJICK**
                                                                  _____
                                                                     **Clerk of Court**

                                                **BY:**     *K. Mango*

                                                                   _____
                                                                      **Deputy Clerk**